UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH, | Case No.  2:25-cv-3039-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| L. GARNICA, *et al.*, | |
| Defendants. | |

On January 30, 2026 I recommended that plaintiff's application to proceed *in forma pauperis* be denied because he is a "three-striker" within the meaning of section 1915(g). ECF No. 10 at 1-2. Plaintiff has filed a motion for extension of time to submit objections to that recommendation, and seeks ninety additional days. ECF No. 11. He alleges that prison staff are withholding his "legal property" making it difficult for him to litigate. *Id.* at 7. I am disinclined to grant a three-month extension of time, but will grant plaintiff a shorter extension of forty-five days. If he still requires another extension after that time elapses, he may file a new motion explaining why additional time is still necessary.

1

It is ORDERED that plaintiff's motion for extension of time, ECF No. 11, is GRANTED in part. His objections to my January 30, 2026 recommendations are due within forty-five days of this order's entry.

IT IS SO ORDERED.


Dated:    February 27, 2026    

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE